# UNITED STATES DISTRICT COURT
**District of Minnesota**



CHAMBERS OF
NANCY E. BRASEL
U.S. DISTRICT JUDGE
300 S. 4TH STREET, SUITE 13W
MINNEAPOLIS, MINNESOTA 55415
(612) 664-5050

Namarco Trevon Young
Reg. No. 70360-509
FCI Terre Haute
PO Box 33
Terre Haute, IN 47808

January 31, 2023

Dear Mr. Young:

      The Court is in receipt of the letter you wrote concerning your current Bureau of Prisons (BOP) designation. The Court did recommend a designation to Minnesota or as close to Minnesota as possible so you may continue to receive visits from your family. Unfortunately, it is only a recommendation. The final determination for all BOP designations is made by the Bureau of Prisons. The Court did check on FCE Terre Haute, and it is condemned. I suggest that if you have concerns about your safety or health that you contact the prison authorities.

      With regard to your compassionate release request, this must be done by completing the proper forms, including proper supporting documentation, exhaustion all administrative rights to appeal a failure of the BOP to bring a motion on your behalf and filing the motion with the Court. There are forms located at: https://www.mnd.uscourts.gov/forms/pro-se-motion-compassionate-release when you are ready to move forward with the request.

      I know your family is important to you. They were there for you at sentencing and I know they will be there for you when you get out. Putting in this time is the hardest part.

Sincerely,

*Nancy E. Brasel*

Nancy E. Brasel
United States District Judge